# Exhibit A

## Gaustad, John

| | |
|---|---|
| **From:** | Guske, Sarah |
| **Sent:** | Friday, August 25, 2023 11:33 AM |
| **To:** | Derek Dahlgren |
| **Cc:** | Gaustad, John; bmilks@sbcglobal.net; bcmilks@gmail.com; milks4@aol.com; Deepali Brahmbhatt; Brian Tollefson; Guy, Hop |
| **Subject:** | RE: QuickLogic v. Konda - Stipulation re Costs and Attorneys' Fees |

Derek,

Thanks for the call earlier.  Given the history and the continued burden on QuickLogic, QuickLogic does not agree to stay the case pending another attempted change of counsel by Defendants. QuickLogic intends to proceed with filing its motion for fees, bill of costs, and response to the Court's recent order today.

Sincerely,
Sarah Guske

**From:** Guske, Sarah
**Sent:** Friday, August 25, 2023 9:40 AM
**To:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Cc:** Gaustad, John <john.gaustad@bakerbotts.com>; bmilks@sbcglobal.net; bcmilks@gmail.com; milks4@aol.com; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** Re: QuickLogic v. Konda - Stipulation re Costs and Attorneys' Fees

Derek,

I just tried calling you. Give me a call on my mobile number 9162335560

Sarah Guske
M: +19162335560
O: +14152916205

> On Aug 25, 2023, at 9:34 AM, Derek Dahlgren <ddahlgren@devlinlawfirm.com> wrote:
>
>
> **[EXTERNAL EMAIL]**
>
> John, I tried calling you but I keep getting an error message.  Can you please call me at 410.375.7230?
>
> **From:** Gaustad, John <john.gaustad@bakerbotts.com>
> **Sent:** Friday, August 25, 2023 12:19 PM
> **To:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; bmilks@sbcglobal.net; bcmilks@gmail.com; milks4@aol.com; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>
> **Cc:** Guy, Hop <hop.guy@BakerBotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
> **Subject:** RE: QuickLogic v. Konda - Stipulation re Costs and Attorneys' Fees

Counsel,

It's been 11 days since we first approached Defendants about extending the deadline, and we still have not received a substantive response. Given the lack of any response, QuickLogic is prepared to file its motion for attorneys' fees today. QuickLogic intends to seek attorneys' fees in the amount of $402,581.86 (subject to adjustment/supplementation) against Defendants and all of their attorneys who have appeared of record in this action (William Milks, Brian Tollefson, Derek Dahlgren, and Deepali Brahmbhatt), jointly and severally, pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent power.

We remain available today to meet and confer on these issues. If Defendants or its counsel intends to participate in the meet-and-confer process, please let us know when you are available today to discuss. Given that we intend to reach out shortly to the courtroom deputy to reserve a hearing date, we would appreciate a prompt response.


- John

**From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Sent:** Thursday, August 24, 2023 8:35 AM
**To:** Gaustad, John <john.gaustad@bakerbotts.com>; bmilks@sbcglobal.net; bcmilks@gmail.com; milks4@aol.com; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>
**Cc:** Guy, Hop <hop.guy@BakerBotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
**Subject:** RE: QuickLogic v. Konda - Stipulation re Costs and Attorneys' Fees


[EXTERNAL EMAIL]

John,

I have been out of the office and need to confer with my client.  I will follow up as soon as possible.

Thanks,
Derek



**From:** Gaustad, John <john.gaustad@bakerbotts.com>
**Sent:** Wednesday, August 16, 2023 10:52 AM
**To:** bmilks@sbcglobal.net; bcmilks@gmail.com; milks4@aol.com; Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>
**Cc:** Guy, Hop <hop.guy@BakerBotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
**Subject:** RE: QuickLogic v. Konda - Stipulation re Costs and Attorneys' Fees

Counsel,

Please let us know whether Defendants are willing to enter into the stipulation proposed in my August 14 email below.

- John

---

**From:** Gaustad, John
**Sent:** Monday, August 14, 2023 8:26 PM
**To:** bmilks@sbcglobal.net; bcmilks@gmail.com; milks4@aol.com; Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>
**Cc:** Guy, Hop <hop.guy@BakerBotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
**Subject:** QuickLogic v. Konda - Stipulation re Costs and Attorneys' Fees

Counsel,

We do not necessarily believe that the Court's August 11th order is a final judgment under Rule 54. However, out of an abundance of caution and to preserve the parties' and the Court's resources, we propose the parties stipulate that QuickLogic does not need to file a bill of costs or motion for attorneys fees until 14 days after the Court enters an order following the parties' responsive briefing to the Court's order to show cause. Please let us know whether Defendants will so stipulate.

**John F. Gaustad**
*Special Counsel*

Baker Botts L.L.P.
john.gaustad@bakerbotts.com
T +1.650.739.7517
F +1.650.739.7617
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
USA

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.