# Exhibit B

**BAKER BOTTS**

# G. Hopkins Guy, III
Partner



Email | VCard

**Palo Alto**
P:  +1.650.739.7510
F:  +1.650.739.7610

OVERVIEW  EXPERIENCE  NEWS  AWARDS AND COMMUNITY

### Practices

Environmental, Social, Governance (ESG)
Intellectual Property
Intellectual Property Litigation
International Trade Commission (ITC)
PTAB Trials
Trade Secrets

### Industries

Energy
Hydrogen
Technology

### Education

J.D., University of Richmond School of Law 1982

B.S., University of Virginia 1979

### Admission & Affiliations

State Bar of California

United States Patent and Trademark Office

United States Courts of Appeals for the First, Ninth, and Federal Circuits

United States District Court for the Northern and Central Districts of California

United States District Court for the Eastern District of Texas

Supreme Court of California

American Bar Association

International Trade Commission Bar Association

Hopkins Guy is a lead trial attorney and Intellectual Property partner who focuses his practice on patent, trade secret, and commercial contract litigation. His clients range from Silicon Valley start-ups to mature technology companies that rely on his deep understanding of business and technology to guide their legal strategy at all stages from pre-litigation disputes and preparation through trial. Mr. Guy represents his clients in all phases of litigation including discovery, summary judgment, and jury and bench trials, as well as appeals before the Federal Circuit and Ninth Circuit. He also represents clients in other proceedings including *inter partes* review (IPR) and other post-grant proceedings before the USPTO, as well as International Trade Commission (ITC) Section 337 investigations. Mr. Guy is particularly skilled at identifying issues that can be narrowed by summary judgment, and he has received favorable final judgments and settlements for his clients as a result of summary judgment motions.

Mr. Guy has tried cases in a number of technology areas including semiconductor packaging, graphics, LED, and satellite and data communications. His technology focus also includes solar technologies, clean-tech, and other emerging technologies. His current clients include SaaS, satellite communications, semiconductor processing and inspection, graphics, and other high technology companies.

Mr. Guy's intellectual property litigation experience includes all phases of discovery, prior art research, pretrial, jury and bench trial work, all phases of trial work, post trial motions and appeals before the Federal Circuit, and he has represented clients before the International Trade Commission (ITC) in Section 337 proceedings. He also has extensive experience with post-grant trials before the Patent Trial and Appeal Board, having represented clients in *inter partes* reviews (IPRs) and covered business method reviews (CBMRs). Much of his post-grant trial experience involves parallel district court litigation.

Mr. Guy's patent and trade secret litigation experience has involved technologies in Web-based payment systems, social networking, graphics, LED device physics, wireless data communication equipment and routing, semiconductor processing and equipment, microprocessors, power semiconductor devices, DIMM memory module technology and solar technologies.

The *Daily Journal* has repeatedly recognized Mr. Guy as one of California's "Leading Intellectual Property Litigators," in its annual survey of the best lawyers in the state. Mr. Guy was also recognized for his trade secret litigation work on the *Cisco Systems v. Huawei Technologies Inc.* case, and was awarded *California Lawyer Magazine's* "Attorney of the Year (Clay) Award." Mr. Guy filed what is reportedly the first case brought in a United States court against a China-based technology company to obtain a worldwide trade secret preliminary injunction.

People  Services  Experience  Info Hubs

| | | News |
|---|---|---|
| Antitrust & Competition Law | Corporate | |
| | Enforcement and Investigations | Media Resources |
| Banking and Finance | | News Coverage |
| Blockchain Technology, NFTs and Cryptoassets | Environmental Law | News Releases |
| | Intellectual Property | Interviews |
| Corporate | Litigation | |
| Enforcement and Investigations | Manufacturing | Recognitions |
| | Projects | Subscribe |
| Environmental Law | Real Estate | |
| Projects | Regulatory | |
| Intellectual Property | Tax | |
| Litigation | View All > | |
| Manufacturing | **Regions** | |
| Real Estate | Experience | |
| Regulatory | Asia Pacific | |
| Tax | Europe | |
| | Latin America and Caribbean | |
| | Middle East and Africa | |
| | North America | |

| Thought Leadership | Geographies |
|---|---|
| External Articles | Austin |
| Firm Thought Leadership | Brussels |
| Speeches & Presentations | Dallas |
| Videos, Webinars & Podcasts | Dubai |
| | Houston |
| **Events** | London |
| | New York |
| Events | Palo Alto |
| | Riyadh |
| | San Francisco |
| | Singapore |
| | Washington D.C. |

© 2023 Baker Botts L.L.P.       Disclaimer  |  Attorney Advertising  |  Cookies  |  Privacy Policy  |  Regulatory Information  |

This website uses cookies to improve functionality and performance. If you choose to continue browsing this website, you are giving implied consent to the use of cookies.