# Exhibit C

**BAKER BOTTS**

# Sarah Guske

Department Chair - Intellectual Property (Palo Alto & San Francisco)
Partner



Email | VCard

**San Francisco**
P:	+1.415.291.6205
F:	+1.415.291.6305

OVERVIEW  EXPERIENCE  NEWS  THOUGHT LEADERSHIP  AWARDS AND COMMUNITY

**Practices**

Federal Circuit Appeals

Intellectual Property

Intellectual Property Litigation

**Industries**

Technology

**Featured**

Women In Action

**Education**

J.D., University of California Davis School of Law 2004

B.S., Electrical Engineering, Washington State University 2001
*summa cum laude*

B.A., Physics, Whitworth University 2001
*summa cum laude*

**Admission & Affiliations**

State Bar of California

State Bar of Colorado

United States Court of Appeals for the Federal Circuit

United States District Court for the Northern, Southern and Central Districts of California

United States District Court for the District of Colorado

United States District Court for the Eastern District of Texas

**S**arah Guske is a partner and the Department Chair of the San Francisco and Palo Alto Intellectual Property Groups. Sarah is a trial lawyer and has significant experience litigating software and electronics patent litigation cases in district court and at the Federal Circuit and the PTAB, including significant stand-up experience in each forum. Sarah previously served at Co-Chair of the firm's PTAB Trials Group.

Sarah has litigated cases in district courts across the country. Sarah's practice focuses on high-stakes, competitor litigation. Sarah is a frequent speaker on trial strategy issues, including defending against willfulness allegations and using IPRs strategically in district court cases.

Sarah has served as an Adjunct Professor teaching patent law and litigation at the University of California Hastings, University of Colorado, and University of Denver.

**People**

By Last Name

A B C D E F G H I J

**Services**

Sectors

Energy

**Experience**

Practices / Industries

Experience

**Info Hubs**

Energy

PTAB Trials

| | | |
|---|---|---|
| Blockchain Technology, NFTs and Cryptoassets | Enforcement and Investigations | News Coverage |
| Corporate | Environmental Law | News Releases |
| Enforcement and Investigations | Intellectual Property | Interviews |
| Environmental Law | Litigation | Recognitions |
| Projects | Manufacturing | Subscribe |
| Intellectual Property | Projects | |
| Litigation | Real Estate | |
| Manufacturing | Regulatory | |
| Real Estate | Tax | |
| Regulatory | View All > | |
| Tax | | |

**Regions**

- Experience
- Asia Pacific
- Europe
- Latin America and Caribbean
- Middle East and Africa
- North America

## Thought Leadership

- External Articles
- Firm Thought Leadership
- Speeches & Presentations
- Videos, Webinars & Podcasts

## Events

- Events

## Geographies

- Austin
- Brussels
- Dallas
- Dubai
- Houston
- London
- New York
- Palo Alto
- Riyadh
- San Francisco
- Singapore
- Washington D.C.

---

© 2023 Baker Botts L.L.P.    Disclaimer  | Attorney Advertising  | Cookies  | Privacy Policy  | Regulatory Information  | Statement on Modern Slavery  | Transparency in Coverage  | Contact Us  | Subscribe

This website uses cookies to improve functionality and performance. If you choose to continue browsing this website, you are giving implied consent to the use of cookies.