# Exhibit D



# Jon V. Swenson
Partner

**Email** | **VCard**

**Palo Alto**
P:   +1.650.739.7514
F:   +1.650.739.7614

OVERVIEW EXPERIENCE NEWS THOUGHT LEADERSHIP

**Practices**

Intellectual Property

PTAB Trials

**Industries**

Manufacturing

Technology

**Education**

J.D., Santa Clara University School of Law 2004
*magna cum laude*
Order of the Coif
High Technology Law Certificate in Intellectual Property Law

B.S., Molecular Biology, California State University, Sacramento 1999

**Admission & Affiliations**

State Bar of California

United States Patent and Trademark Office

United States Court of Appeals for the Ninth Circuit

United States District Courts for the Central and Northern Districts of California

Santa Clara County Bar Association, member

J on Swenson is a registered patent attorney who represents clients in complex commercial litigation including patent, copyright and trade secret litigation in federal and state courts. Mr. Swenson has experience in all phases of litigation, including briefing and arguing motions on summary judgment, claim construction, and discovery issues. Mr. Swenson has substantial experience with jury trials and appeals and has been the lead attorney in over 100 oral arguments on various issues. Mr. Swenson has litigated cases in a wide range of technologies including cellular communications, GPS location determination, Wi-Fi communication, computer software, artificial intelligence and expert systems, microprocessor design, internet commerce, semiconductor manufacturing, data recovery systems, medical devices, molecular biology, fluid dynamics, search engine optimization and optical media technology. Mr. Swenson also has substantial experience with software copyright issues and open source licensing.

Mr. Swenson also has experience handling matters before the Patent Trial and Appeals Board, including *inter partes* reviews and covered business method reviews. He also has substantial experience with *ex parte* reexaminations.

Mr. Swenson is the hiring partner for the Palo Alto office of Baker Botts.

In 2003, Mr. Swenson served as a judicial extern for the Honorable Jeffrey S. White in the United States District Court for the Northern District of California.

**People**

By Last Name

A B C D E F G H I J
K L M N O P Q R S T
U V W X Y Z

**Services**

Sectors

Energy

Technology

Practices / Industries

**Experience**

Practices / Industries

Experience

Antitrust and Competition Law

**Info Hubs**

Energy

Coronavirus Response Group

PTAB Trials

| | | |
|---|---|---|
| **Enforcement and Investigations** | **Intellectual Property** | **News Releases** |
| **Environmental Law** | **Litigation** | **Interviews** |
| **Intellectual Property** | **Manufacturing** | **Recognitions** |
| **Litigation** | **Projects** | **Subscribe** |
| **Manufacturing** | **Real Estate** | |
| **Projects** | **Regulatory** | |
| **Real Estate** | **Tax** | |
| **Regulatory** | **View All >** | |
| **Tax** | **Regions** | |
| | **Experience** | |
| | **Asia Pacific** | |
| | **Europe** | |
| | **Latin America and Caribbean** | |
| | **Middle East and Africa** | |
| | **North America** | |
| | **Russia and The CIS** | |

## Thought Leadership

## Geographies

**External Articles**

**Austin**

**Firm Thought Leadership**

**Brussels**

**Speeches & Presentations**

**Dallas**

**Videos, Webinars & Podcasts**

**Dubai**

**Hong Kong**

## Events

**Houston**

**London**

**Events**

**Moscow**

**New York**

**Palo Alto**

**Riyadh**

**San Francisco**

**Washington D.C.**

---

© 2021 Baker Botts L.L.P.    Disclaimer  | Attorney Advertising  | Cookies  | Privacy Policy  | Regulatory Information  |
Statement on Modern Slavery  |  Site Map  |  Contact Us  |  Subscribe

---

This website uses cookies to improve functionality and performance. If you choose to continue browsing
this website, you are giving implied consent to the use of cookies.