# Exhibit E

**BAKER BOTTS**

# John Gaustad
Special Counsel



**Email** | **VCard**

**Palo Alto**
P:  +1.650.739.7517
F:  +1.650.739.7616

OVERVIEW EXPERIENCE NEWS

**Practices**

Intellectual Property

PTAB Trials

**Industries**

Technology

**Education**

J.D., University of Southern California Law School 2011

B.S., Aerospace Engineering, Iowa State University 2008

**Admission & Affiliations**

State Bar of California

United States Patent and Trademark Office

United States Courts of Appeals for the Federal and Ninth Circuits

United States District Courts for the Northern and Eastern Districts of California

John Gaustad works on a range of intellectual property matters, focusing primarily on patent infringement litigation and proceedings before the Patent Trial and Appeal Board ("PTAB"). Mr. Gaustad has extensive pre-trial briefing experience, including preparing briefing for motions to dismiss, discovery motions, claim construction, and motions for summary judgment. Mr. Gaustad has experience preparing PTAB petitions for *inter partes* review and preliminary responses. Mr. Gaustad also has experience preparing appellate briefs.

Mr. Gaustad has experience taking and defending depositions. At the trial-court level, Mr. Gaustad has argued discovery motions and has argued at claim construction. He has also argued before the Ninth Circuit on a pro bono matter.

Mr. Gaustad has litigated cases involving a wide range of technologies including location-based services, search-engine optimization, computer software, fiber-optic networks, and telecommunication systems. Mr. Gaustad also has patent prosecution experience.

While in law school, Mr. Gaustad served as an extern for the Honorable Gail Ruderman Feuer of the Los Angeles Superior Court and as a Senior Copy Editor for the *University of Southern California Law Review*. Additionally, Mr. Gaustad received awards in 2009 and 2010 recognizing his commitment to pro bono and volunteer work.

Mr. Gaustad has served on the pro bono committee for the Palo Alto office of Baker Botts. He currently serves on the Palo Alto office's employment committee and is the work coordinator for the Palo Alto office's summer program.

---

**People**

**By Last Name**

A B C D E F G H I J
K L M N O P Q R S T
U V W X Y Z

**Services**

**Sectors**

Energy

Technology

**Practices / Industries**

Antitrust & Competition Law

Banking and Finance

Blockchain Technology, NFT, and Smart Contracts

**Experience**

**Practices / Industries**

Experience

Antitrust and Competition Law

Banking and Finance

Corporate

Enforcement and Investigations

Environmental Law

**Info Hubs**

Energy

PTAB Trials

Technology

**News**

Media Resources

News Coverage

News Releases

| | |
|---|---|
| **Intellectual Property** | **Real Estate** |
| **Litigation** | **Regulatory** |
| **Manufacturing** | **Tax** |
| **Real Estate** | **View All >** |
| **Regulatory** | **Regions** |
| **Tax** | **Experience** |
| | **Asia Pacific** |
| | **Europe** |
| | **Latin America and Caribbean** |
| | **Middle East and Africa** |
| | **North America** |

## Thought Leadership

## Geographies

| | |
|---|---|
| **External Articles** | **Austin** |
| **Firm Thought Leadership** | **Brussels** |
| **Speeches & Presentations** | **Dallas** |
| **Videos, Webinars & Podcasts** | **Dubai** |
| | **Houston** |

## Events

**London**

**Events**

**New York**

**Palo Alto**

**Riyadh**

**San Francisco**

**Singapore**

**Washington D.C.**

---

© 2023 Baker Botts L.L.P.    Disclaimer  | Attorney Advertising  | Cookies  | Privacy Policy  | Regulatory Information  | Statement on Modern Slavery  | Transparency in Coverage  | Contact Us  | Subscribe

This website uses cookies to improve functionality and performance. If you choose to continue browsing this website, you are giving implied consent to the use of cookies.