# Exhibit F

**BAKER BOTTS**

# Nick Baniel
Associate



Email | VCard

**San Francisco**
P:　+1.415.291.6279
F:　+1.415.291.6379

OVERVIEW THOUGHT LEADERSHIP

**Practices**

Intellectual Property

**Industries**

Technology

**Education**

J.D., Vanderbilt University Law School 2019
Articles Editor, *Vanderbilt Journal of Entertainment and Technology Law*

M.S., Civil & Environmental Engineering, University of Wisconsin 2013

B.S., Civil Engineering, University of Wisconsin 2012

**Admission & Affiliations**

State Bar of California

**N**ick Baniel works on a range of intellectual property matters focusing on patent prosecution and litigation. Mr. Baniel received his J.D. from Vanderbilt University Law School. He earned a Master of Science degree in Civil and Environmental Engineering from the University of Wisconsin-Madison in 2013.

Prior to joining Baker Botts, Nicholas was a Staff Engineer at SCI Engineering, Inc., managing multiple projects including contaminant transport modeling, hazardous waste remediation, underground storage tank removal, due diligence environmental assessments, and environmental regulatory reporting.

---

## People

**By Last Name**

A B C D E F G H I J
K L M N O P Q R S T
U V W X Y Z

## Services

**Sectors**

Energy

Technology

**Practices / Industries**

Antitrust & Competition Law

Banking and Finance

Blockchain Technology, NFTs and Cryptoassets

Corporate

Enforcement and

## Experience

**Practices / Industries**

Experience

Antitrust and Competition Law

Banking and Finance

Corporate

Enforcement and Investigations

Environmental Law

Intellectual Property

Litigation

## Info Hubs

Energy

PTAB Trials

Technology

## News

Media Resources

News Coverage

News Releases

Interviews

Recognitions

| | | |
|---|---|---|
| | **Manufacturing** | **Tax** |
| | **Real Estate** | **View All >** |
| | **Regulatory** | **Regions** |
| | **Tax** | **Experience** |
| | | **Asia Pacific** |
| | | **Europe** |
| | | **Latin America and Caribbean** |
| | | **Middle East and Africa** |
| | | **North America** |

## Thought Leadership

**External Articles**

**Firm Thought Leadership**

**Speeches & Presentations**

**Videos, Webinars & Podcasts**

## Events

**Events**

## Geographies

**Austin**

**Brussels**

**Dallas**

**Dubai**

**Houston**

**London**

**New York**

**Palo Alto**

**Riyadh**

**San Francisco**

**Singapore**

**Washington D.C.**

---

© 2023 Baker Botts L.L.P.    Disclaimer   | Attorney Advertising   | Cookies   | Privacy Policy   | Regulatory Information   | Statement on Modern Slavery   | Transparency in Coverage   | Contact Us   | Subscribe

This website uses cookies to improve functionality and performance. If you choose to continue browsing this website, you are giving implied consent to the use of cookies.