# Exhibit G



# Bradley Shigezawa
Associate



Email | VCard

**San Francisco**
P: +1.415.291.6258
F: +1.415.291.6358

OVERVIEW THOUGHT LEADERSHIP

**Practices**

Intellectual Property

**Industries**

Technology

**Education**

J.D., University of California, Hastings College of the Law 2020

B.A., Biology, Claremont McKenna College 2014

**Admission & Affiliations**

State Bar of California

B radley Shigezawa is an associate in the San Francisco office of Baker Botts. His practice focuses on patent litigation and patent prosecution. He has experience in patent litigation matters involving a variety of technologies, including software, Wi-Fi communications and webpage operations. Mr. Shigezawa also has experience drafting and prosecuting patent applications relating to a wide arrange of technologies, including software, machine learning, virtual/augmented reality, robotic devices, visual displays, and advertising.

## People

**By Last Name**

A B C D E F G H I J
K L M N O P Q R S T
U V W X Y Z

## Services

**Sectors**

Energy

Technology

**Practices / Industries**

Antitrust & Competition Law

Banking and Finance

Blockchain Technology, NFTs and Cryptoassets

Corporate

Enforcement and Investigations

Environmental Law

## Experience

**Practices / Industries**

Experience

Antitrust and Competition Law

Banking and Finance

Corporate

Enforcement and Investigations

Environmental Law

Intellectual Property

Litigation

Manufacturing

Projects

## Info Hubs

Energy

PTAB Trials

Technology

**News**

Media Resources

News Coverage

News Releases

Interviews

Recognitions

Subscribe

| | | |
|---|---|---|
| | **Regulatory** | **Regions** |
| | **Tax** | **Experience** |
| | | **Asia Pacific** |
| | | **Europe** |
| | | **Latin America and Caribbean** |
| | | **Middle East and Africa** |
| | | **North America** |

## Thought Leadership

**External Articles**

**Firm Thought Leadership**

**Speeches & Presentations**

**Videos, Webinars & Podcasts**

## Events

**Events**

## Geographies

**Austin**

**Brussels**

**Dallas**

**Dubai**

**Houston**

**London**

**New York**

**Palo Alto**

**Riyadh**

**San Francisco**

**Singapore**

**Washington D.C.**

---

© 2023 Baker Botts L.L.P.     Disclaimer   | Attorney Advertising   | Cookies   | Privacy Policy   | Regulatory Information   | Statement on Modern Slavery   | Transparency in Coverage   | Contact Us   | Subscribe

This website uses cookies to improve functionality and performance. If you choose to continue browsing this website, you are giving implied consent to the use of cookies.