# Exhibit H

# Exhibit O

# *AIPLA*

# 2019

## Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the
# Economic Survey
# 2019

**Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee**

**Frank L. Gerratana, Chair**

**September 2019**

**Prepared by:**



**910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com**

# AIPLA Law Practice Management 2019 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Frank Gerratana**: Fish & Richardson, PC – Chair of LPM Committee

**Arlene Neal**: Neal Bilbo, LLC – Vice Chair of LPM Committee

**Stephanie Sanders:** Kilpatrick Townsend & Stockton, LLP – Co-Chair of the Economic Survey Subcommittee

**Ariana Fleishman**: PiVerse, Inc. – Co-Chair of the Economic Survey Subcommittee

**DeAnn Smith**: Foley Hoag – Board Liaison

---

### Economic Survey Subcommittee Members:

**Ashraf Abdul-Mohsen**: ARI

**Iasha Chaudhry:** Smart & Biggar

**Ryan Dean:** Umberg Zipser, LLP

**Meghan Donohoe**: AIPLA

**John Gorecki**: Anderson Gorecki, LLP

**Megan Kirkegaard**: ARI

**Joshua Kresh:** DLA Piper LLP, US

©2019 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY
MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE
AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

Printed COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS
AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

**Private Firm, Equity Partner**

## Average hourly billing rate in 2018 (Q37)

*Private Firm, Equity Partner*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 302 | $521 | $330 | $375 | $475 | $650 | $796 |
| Years of IP Law Attorney Experience | 7-9 | 9 | $356 | ISD | $325 | $370 | $390 | ISD |
| | 10-14 | 40 | $438 | $280 | $346 | $398 | $500 | $668 |
| | 15-24 | 119 | $505 | $325 | $375 | $448 | $650 | $750 |
| | 25-34 | 86 | $552 | $344 | $429 | $500 | $665 | $833 |
| | 35 or More | 45 | $613 | $390 | $475 | $595 | $713 | $916 |
| Location | Boston CMSA | 13 | $747 | $369 | $450 | $800 | $1,015 | $1,080 |
| | NYC CMSA | 22 | $559 | $365 | $408 | $475 | $699 | $964 |
| | Philadelphia CMSA | 10 | $599 | $433 | $486 | $560 | $729 | $823 |
| | Washington, DC CMSA | 43 | $590 | $354 | $430 | $570 | $700 | $850 |
| | Other East | 10 | $462 | $314 | $365 | $461 | $513 | $691 |
| | Metro Southeast | 12 | $418 | $292 | $343 | $375 | $421 | $746 |
| | Other Southeast | 8 | $414 | ISD | $354 | $375 | $463 | ISD |
| | Chicago CMSA | 20 | $537 | $351 | $435 | $533 | $644 | $734 |
| | Minne.-St. Paul PMSA | 15 | $443 | $290 | $330 | $420 | $545 | $626 |
| | Other Central | 62 | $421 | $283 | $342 | $390 | $500 | $646 |
| | Texas | 19 | $534 | $400 | $406 | $460 | $650 | $800 |
| | Los Angeles CMSA | 13 | $586 | $336 | $440 | $575 | $675 | $978 |
| | San Francisco CMSA | 14 | $665 | $385 | $464 | $650 | $826 | $1,023 |
| | Other West | 41 | $496 | $300 | $343 | $450 | $623 | $769 |
| IP Technical Specialization (>=50%) | Biotechnology | 13 | $610 | $304 | $418 | $600 | $818 | $990 |
| | Chemical | 16 | $462 | $265 | $374 | $465 | $593 | $636 |
| | Computer Hardware | 5 | $521 | ISD | $313 | $395 | $793 | ISD |
| | Computer Software | 24 | $493 | $313 | $380 | $483 | $596 | $745 |
| | Electrical | 27 | $586 | $350 | $400 | $520 | $670 | $1,010 |
| | Mechanical | 63 | $480 | $337 | $360 | $450 | $570 | $700 |
| | Medical/ Health Care | 18 | $537 | $300 | $396 | $497 | $650 | $743 |
| | Pharmaceutical | 10 | $626 | $405 | $465 | $600 | $761 | $956 |
| | Other areas | 3 | $450 | ISD | ISD | $450 | ISD | ISD |
| Age | 35-39 | 14 | $451 | $245 | $313 | $365 | $655 | $708 |
| | 40-44 | 36 | $446 | $325 | $371 | $400 | $556 | $665 |
| | 45-49 | 46 | $502 | $329 | $368 | $439 | $600 | $822 |
| | 50-54 | 64 | $510 | $350 | $400 | $459 | $636 | $750 |
| | 55-59 | 65 | $550 | $300 | $365 | $500 | $675 | $958 |
| | 60 or Older | 74 | $568 | $350 | $445 | $530 | $653 | $838 |
| Gender | Male | 257 | $525 | $334 | $375 | $482 | $650 | $785 |
| | Female | 42 | $486 | $277 | $350 | $425 | $631 | $814 |
| Highest Non-Law Degree | Bachelor's Degree | 212 | $516 | $330 | $375 | $471 | $650 | $785 |
| | Master's Degree | 62 | $542 | $333 | $400 | $500 | $650 | $814 |
| | Doctorate Degree | 24 | $520 | $310 | $379 | $464 | $669 | $880 |
| Ethnicity | White/Caucasian | 262 | $520 | $330 | $375 | $481 | $650 | $796 |
| | Hispanic/Latino | 4 | $624 | ISD | $445 | $638 | $789 | ISD |
| | Asian/Pacific Islander | 11 | $547 | $315 | $400 | $500 | $675 | $910 |
| | Blended | 5 | $510 | ISD | $325 | $450 | $725 | ISD |
| | Other | 8 | $535 | ISD | $338 | $450 | $733 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $385 | $275 | $303 | $350 | $450 | $585 |
| | 3-5 | 43 | $408 | $257 | $350 | $400 | $460 | $595 |
| | 6-10 | 32 | $473 | $340 | $364 | $448 | $529 | $650 |
| | 11-25 | 56 | $460 | $340 | $376 | $428 | $519 | $633 |
| | 26-50 | 46 | $522 | $329 | $390 | $500 | $609 | $737 |
| | 51-100 | 47 | $607 | $350 | $430 | $577 | $750 | $960 |
| | 101-150 | 24 | $686 | $353 | $421 | $710 | $938 | $1,023 |
| | More than 150 | 27 | $714 | $524 | $650 | $700 | $785 | $972 |

**Private Firm, Partner-Track Attorney**

## Average hourly billing rate in 2018 (Q37)

*Private Firm, Partner-Track Attorney*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 99 | $387 | $250 | $285 | $350 | $438 | $600 |
| Years of IP Law Attorney Experience | Fewer than 5 | 20 | $309 | $222 | $250 | $283 | $325 | $575 |
| | 5-6 | 21 | $406 | $252 | $284 | $360 | $458 | $719 |
| | 7-9 | 22 | $364 | $260 | $298 | $338 | $435 | $509 |
| | 10-14 | 16 | $444 | $280 | $320 | $426 | $499 | $755 |
| | 15-24 | 18 | $405 | $280 | $308 | $388 | $456 | $621 |
| Location | Boston CMSA | 4 | $671 | ISD | $533 | $675 | $806 | ISD |
| | Philadelphia CMSA | 3 | $381 | ISD | ISD | $414 | ISD | ISD |
| | Washington, DC CMSA | 16 | $436 | $285 | $315 | $400 | $516 | $669 |
| | Other East | 5 | $312 | ISD | $288 | $300 | $343 | ISD |
| | Metro Southeast | 6 | $422 | ISD | $324 | $438 | $503 | ISD |
| | Other Southeast | 4 | $335 | ISD | $233 | $336 | $438 | ISD |
| | Chicago CMSA | 5 | $378 | ISD | $350 | $360 | $415 | ISD |
| | Minne.-St. Paul PMSA | 9 | $297 | ISD | $276 | $295 | $313 | ISD |
| | Other Central | 24 | $314 | $245 | $251 | $284 | $345 | $428 |
| | Texas | 4 | $448 | ISD | $310 | $345 | $688 | ISD |
| | Other West | 14 | $413 | $243 | $269 | $427 | $500 | $664 |
| IP Technical Specialization (>=50%) | Biotechnology | 4 | $487 | ISD | $381 | $418 | $661 | ISD |
| | Chemical | 6 | $318 | ISD | $254 | $318 | $379 | ISD |
| | Computer Software | 20 | $431 | $252 | $297 | $355 | $564 | $745 |
| | Electrical | 10 | $394 | $253 | $295 | $415 | $493 | $500 |
| | Mechanical | 26 | $340 | $247 | $280 | $310 | $374 | $507 |
| | Pharmaceutical | 3 | $572 | ISD | ISD | $525 | ISD | ISD |
| Age | Younger than 35 | 29 | $341 | $250 | $265 | $300 | $350 | $591 |
| | 35-39 | 29 | $389 | $250 | $280 | $310 | $468 | $735 |
| | 40-44 | 12 | $419 | $226 | $346 | $418 | $488 | $675 |
| | 45-49 | 13 | $381 | $277 | $298 | $375 | $433 | $563 |
| | 50-54 | 9 | $431 | ISD | $360 | $414 | $459 | ISD |
| | 55-59 | 5 | $416 | ISD | $300 | $435 | $523 | ISD |
| Gender | Male | 82 | $402 | $252 | $290 | $360 | $468 | $608 |
| | Female | 16 | $319 | $247 | $259 | $296 | $325 | $486 |
| Highest Non-Law Degree | Bachelor's Degree | 65 | $395 | $266 | $298 | $350 | $458 | $595 |
| | Master's Degree | 26 | $368 | $247 | $275 | $305 | $449 | $617 |
| | Doctorate Degree | 8 | $387 | ISD | $246 | $368 | $437 | ISD |
| Ethnicity | White/Caucasian | 85 | $386 | $250 | $288 | $350 | $438 | $595 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 3-5 | 4 | $298 | ISD | $273 | $285 | $335 | ISD |
| | 6-10 | 7 | $347 | ISD | $285 | $350 | $400 | ISD |
| | 11-25 | 21 | $350 | $259 | $285 | $324 | $395 | $491 |
| | 26-50 | 25 | $376 | $248 | $290 | $345 | $470 | $508 |
| | 51-100 | 21 | $376 | $224 | $273 | $350 | $444 | $573 |
| | 101-150 | 11 | $392 | $280 | $300 | $325 | $505 | $707 |
| | More than 150 | 9 | $611 | ISD | $467 | $600 | $768 | ISD |

# Total Costs: Litigation-Patent Infringement, All Varieties by Location

## Litigation-Patent Infringement, All Varieties >$25M Initial case management (000s) by Location (Q47Am)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 69 | 5 | 4 | 2 | 5 | 1 | 4 | 1 | 4 | 4 | 8 | 6 | 11 | 3 | 11 |
| Mean (Average) | $378 | $260 | $90 | ISD | $220 | ISD | $994 | ISD | $605 | $419 | $84 | $382 | $636 | $450 | $299 |
| 10th Percentile 10% | $50 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $500 | ISD | $28 |
| First Quartile 25% | $123 | $150 | $14 | ISD | $175 | ISD | $94 | ISD | $105 | $169 | $50 | $123 | $500 | ISD | $75 |
| Median (Midpoint) | $250 | $250 | $75 | ISD | $250 | ISD | $450 | ISD | $160 | $263 | $63 | $300 | $500 | $500 | $250 |
| Third Quartile 75% | $500 | $375 | $181 | ISD | $250 | ISD | $2,438 | ISD | $1,550 | $825 | $119 | $625 | $500 | ISD | $500 |
| 90th Percentile 90% | $750 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $1,700 | ISD | $500 |

## Litigation-Patent Infringement, All Varieties >$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q47An)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 70 | 5 | 4 | 2 | 5 | 1 | 4 | 1 | 4 | 4 | 8 | 6 | 11 | 4 | 11 |
| Mean (Average) | $3,043 | $2,860 | $1,213 | ISD | $2,930 | ISD | $1,850 | ISD | $3,750 | $3,000 | $1,394 | $1,798 | $5,909 | $4,000 | $3,335 |
| 10th Percentile 10% | $500 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $5,200 | ISD | $172 |
| First Quartile 25% | $1,000 | $725 | $513 | ISD | $825 | ISD | $800 | ISD | $1,750 | $1,500 | $625 | $760 | $6,000 | $2,000 | $600 |
| Median (Midpoint) | $2,375 | $1,500 | $675 | ISD | $1,500 | ISD | $2,000 | ISD | $2,750 | $3,250 | $1,375 | $1,375 | $6,000 | $4,250 | $2,500 |
| Third Quartile 75% | $6,000 | $5,675 | $2,450 | ISD | $5,750 | ISD | $2,750 | ISD | $6,750 | $4,250 | $2,238 | $2,750 | $6,000 | $5,750 | $6,000 |
| 90th Percentile 90% | $6,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $6,000 | ISD | $6,000 |

## Litigation-Patent Infringement, All Varieties >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q47Ao)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 72 | 5 | 4 | 2 | 5 | 1 | 4 | 1 | 4 | 5 | 8 | 6 | 11 | 4 | 12 |
| Mean (Average) | $5,184 | $5,500 | $2,463 | ISD | $4,830 | ISD | $5,000 | ISD | $7,250 | $3,740 | $1,919 | $3,508 | $9,182 | $4,750 | $5,979 |
| 10th Percentile 10% | $930 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $8,200 | ISD | $525 |
| First Quartile 25% | $2,000 | $2,750 | $638 | ISD | $1,475 | ISD | $3,000 | ISD | $1,750 | $1,475 | $875 | $1,138 | $9,000 | $1,250 | $3,125 |
| Median (Midpoint) | $4,000 | $3,500 | $1,750 | ISD | $4,200 | ISD | $3,500 | ISD | $4,000 | $4,750 | $1,750 | $3,250 | $9,000 | $4,500 | $7,100 |
| Third Quartile 75% | $9,000 | $9,250 | $5,000 | ISD | $8,500 | ISD | $8,500 | ISD | $16,000 | $5,500 | $3,175 | $5,625 | $9,000 | $8,500 | $9,000 |
| 90th Percentile 90% | $9,000 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $11,400 | ISD | $9,700 |

# Total Costs: Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Type of Practice

## Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity >$25M Initial case management (000s) by Type of Practice (Q47Cm)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 42 | 6 | 3 | 6 | 21 | 5 |
| Mean (Average) | $242 | $90 | $145 | $231 | $313 | $164 |
| 10th Percentile 10% | $43 | ISD | ISD | ISD | $110 | ISD |
| First Quartile 25% | $99 | $58 | ISD | $40 | $200 | $35 |
| Median (Midpoint) | $200 | $100 | $95 | $88 | $400 | $150 |
| Third Quartile 75% | $400 | $113 | ISD | $488 | $400 | $300 |
| 90th Percentile 90% | $400 | ISD | ISD | ISD | $400 | ISD |

## Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity >$25M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q47Cn)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 43 | 6 | 3 | 6 | 22 | 5 |
| Mean (Average) | $2,064 | $1,496 | $340 | $1,642 | $2,720 | $1,215 |
| 10th Percentile 10% | $220 | ISD | ISD | ISD | $1,500 | ISD |
| First Quartile 25% | $1,000 | $256 | ISD | $325 | $2,375 | $288 |
| Median (Midpoint) | $2,500 | $1,125 | $180 | $1,575 | $3,000 | $1,000 |
| Third Quartile 75% | $3,000 | $2,188 | ISD | $2,775 | $3,000 | $2,250 |
| 90th Percentile 90% | $3,000 | ISD | ISD | ISD | $3,000 | ISD |

## Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q47Co)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 44 | 6 | 3 | 6 | 22 | 6 |
| Mean (Average) | $3,476 | $2,575 | $767 | $2,308 | $4,448 | $3,083 |
| 10th Percentile 10% | $650 | ISD | ISD | ISD | $1,295 | ISD |
| First Quartile 25% | $1,250 | $650 | ISD | $575 | $4,000 | $1,750 |
| Median (Midpoint) | $4,500 | $1,625 | $800 | $1,625 | $5,000 | $2,750 |
| Third Quartile 75% | $5,000 | $5,250 | ISD | $3,475 | $5,000 | $5,000 |
| 90th Percentile 90% | $5,000 | ISD | ISD | ISD | $5,000 | ISD |