# Exhibit I

| | |
|---|---|
| **From:** | Venkat Konda <venkat@kondatech.com> |
| **Sent:** | Thursday, February 22, 2024 3:36 PM |
| **To:** | Guske, Sarah |
| **Cc:** | Derek Dahlgren; William Milks, III; Deepali Brahmbhatt; Gaustad, John; Brian Tollefson; Guy, Hop |
| **Subject:** | Re: QuickLogic v. Konda tech - confer re fees motion |

[EXTERNAL EMAIL]

Please use my signature for Venkat Konda.

Thanks,
Venkat

On Thu, Feb 22, 2024 at 3:35 PM Venkat Konda <venkat@kondatech.com> wrote:

> I agree with the pdf version Sarah sent @ 3:28PM Pacific time and confirming my signature to it. Thank you.
>
> Sincerely,
>
> Venkat
>
> On Thu, Feb 22, 2024 at 3:28 PM Guske, Sarah <sarah.guske@bakerbotts.com> wrote:
>
>> Here is a proposed pdf.  We haven't added signatures yet.  Please confirm approval.
>>
>> We also need to know whose signature to use for Mr. Konda and whether Mr. Tollefson approves use of his signature.
>>
>> Sarah
>>
>> **From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
>> **Sent:** Thursday, February 22, 2024 3:10 PM
>> **To:** Guske, Sarah <sarah.guske@bakerbotts.com>; William Milks, III <bmilks@sbcglobal.net>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
>> **Cc:** Gaustad, John <john.gaustad@bakerbotts.com>; Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@BakerBotts.com>
>> **Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

1

[EXTERNAL EMAIL]

Sarah, the attached includes the revisions to our section that I provided earlier. I also fixed a few typos, mostly capitalizing Respondents and correcting punctuation.

---

**From:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Sent:** Thursday, February 22, 2024 5:59 PM
**To:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; William Milks, III <bmilks@sbcglobal.net>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Cc:** Gaustad, John <john.gaustad@bakerbotts.com>; Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

Thanks. Much appreciated.

---

**From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Sent:** Thursday, February 22, 2024 2:58 PM
**To:** William Milks, III <bmilks@sbcglobal.net>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
**Cc:** Gaustad, John <john.gaustad@bakerbotts.com>; Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

[EXTERNAL EMAIL]

Sarah, I don't believe Bill's draft included our changes. I'll add our section to the clean version he provided and circulate shortly.

---

**From:** William Milks, III <bmilks@sbcglobal.net>
**Sent:** Thursday, February 22, 2024 5:45 PM
**To:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
**Cc:** Gaustad, John <john.gaustad@bakerbotts.com>; Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@bakerbotts.com>
**Subject:** Re: QuickLogic v. Konda tech - confer re fees motion

All,

Attached are another redline as well as a "clean version" of the Joint Statement by Dr. Konda, Konda Technologies, and William Milks.

Bill

_____

On Thursday, February 22, 2024 at 02:16:33 PM PST, Guske, Sarah <sarah.guske@bakerbotts.com> wrote:

All,

We have made one addition, reflected with highlighting.  Let us know if we can proceed with filing.

Sarah

**From:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Sent:** Thursday, February 22, 2024 1:48 PM
**To:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Cc:** Guske, Sarah <sarah.guske@bakerbotts.com>; William Milks, III <bmilks@sbcglobal.net>; Gaustad, John <john.gaustad@bakerbotts.com>; Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** Re: QuickLogic v. Konda tech - confer re fees motion

**[EXTERNAL EMAIL]**

Sarah:

Please circulate a final pdf before filing so that I can confirm approval for my signature.

Deepali

Partner, Devlin Law Firm

1-(650)-254-9805 Direct

3

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

On Feb 22, 2024, at 1:45 PM, Derek Dahlgren <ddahlgren@devlinlawfirm.com> wrote:

Sarah, the attached includes a few revisions to our section.  If there are no other changes, you have authorization to use my signature.

Thanks,

Derek

**From:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Sent:** Thursday, February 22, 2024 3:43 PM
**To:** William Milks, III <bmilks@sbcglobal.net>; Gaustad, John <john.gaustad@bakerbotts.com>
**Cc:** Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@BakerBotts.com>; Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

All,

I've attached the revised joint statement, which is a redline to the document Mr. Milks provided earlier today.  I think Mr. Milks may have edited some text in the other respondents' section, so those may have reverted back to the language originally provided by Dahlgreen, Brahmbhatt, and Tollefson.  We didn't alter any of the text provided by defendants or respondents (or at least didn't intend to).

If the attached version is acceptable, please confirm for each defendant and respondent. We also need written confirmation whose signature to use for each of Konda and Konda Technologies and written confirmation from each of Mr. Milks, Mr. Dahlgreen, Mr. Tollefson, and Ms. Brahmbhatt that we can use their signatures.

Sarah

**From:** William Milks, III <bmilks@sbcglobal.net>
**Sent:** Thursday, February 22, 2024 9:54 AM
**To:** Gaustad, John <john.gaustad@bakerbotts.com>
**Cc:** Brian Tollefson <brian@tollefsonip.com>; Venkat Konda <venkat@kondatech.com>; Guy, Hop <hop.guy@BakerBotts.com>; Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Guske, Sarah <sarah.guske@bakerbotts.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Subject:** Re: QuickLogic v. Konda tech - confer re fees motion

**[EXTERNAL EMAIL]**

All,

Dr. Konda was in a conference yesterday.  Please see the attached redline which includes his position which he has provided to me, as well as the positions of Konda Technologies, Inc. and myself.  Do not hesitate to contact me if you have any questions.

Regards,

Bill

LAW OFFICES OF WILLIAM C. MILKS, III

40 Main Street

Los Altos, CA 94022

Tel.:  (650) 930-6780

On Thursday, February 22, 2024 at 09:24:28 AM PST, Gaustad, John <john.gaustad@bakerbotts.com> wrote:

Bill,

I just called and left you a voicemail. Please provide edits reflecting your position and the position of Konda Technologies, Inc., so that we can get this on file by today's Court-ordered 4:00 p.m. PT deadline.

5

- John


**From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Sent:** Thursday, February 22, 2024 5:03 AM
**To:** Guske, Sarah <sarah.guske@bakerbotts.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Cc:** Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion


**[EXTERNAL EMAIL]**

Sarah, I believe you are correct. I have not seen any edits from Defendants or Bill.


**From:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Sent:** Wednesday, February 21, 2024 8:29 PM
**To:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Cc:** Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion


Thanks, Derek. I don't believe that we have received a version including edits from Defendants or Mr. Milks. Please let me know if I am mistaken.


Sarah


**From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Sent:** Tuesday, February 20, 2024 7:31 PM
**To:** Guske, Sarah <sarah.guske@bakerbotts.com>; Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Cc:** Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion


**[EXTERNAL EMAIL]**

Sarah,

The attached draft includes a statement on behalf of myself, Deepali and Brian consistent with the emails we exchanged prior to the meet and confer, except that the briefing schedule is revised to accommodate Dr. Konda's travel and requested deadlines.  We reserve the right to make further revisions and to respond to others' revisions.  In order for everyone to do that in an orderly fashion, we propose the following schedule for the parties and respondents to exchange their respective sections of the joint statement.

By 2 pm PT on Feb 21  - Defendants and Bill circulate a revised joint statement with their respective section(s)

By 10 am PT on Feb 22 – QuickLogic circulates the final version of its section of the joint statement

By 2 pm PT on Feb 22 – Defendants and respondents circulate final versions of their respective sections

I'm available to discuss any of the above if that would be helpful.

Thanks,

Derek

***********************************************************

The information contained in this communication is confidential and is intended only for the use of the intended addressee.  It is the property of Devlin Law Firm LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@devlinlawfirm.com, and destroy this communication and all copies thereof, including all attachments.

**From:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Sent:** Thursday, February 15, 2024 7:49 PM
**To:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Cc:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

Counsel,

7

While we do not understand the Court's instruction to require further detail in the joint statement, we have provided additional detail in the attached revised draft regarding the scope of QuickLogic's proposed refiled fee motion as a courtesy, including an explanation that the brief would include the previous arguments, arguments relating to fees that have been incurred as a result of the original fee motion and the time since then (e.g., fees incurred in Defendants' and Defendants' counsels' delay in responding to QuickLogic's requests regarding the deadline for the original motion, fees for preparing the motion, multiple hearings and delays due to the changes in counsel and inconsistent statements regarding representation), and additional information around the timing for the requested fees.

Sincerely,

Sarah Guske

**From:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Sent:** Wednesday, February 14, 2024 6:39 PM
**To:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Cc:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

**[EXTERNAL EMAIL]**

Sarah:

The circulated draft does not give any basis for Quicklogic's position. Please share the underlying basis for refiling the motion when you have already seen the oppositions from Mr. Dahlgren and me. You have not given any basis for the proposed supplemental briefing that Mr. Hop raised at the Court Hearing. Judge Davila clearly indicated his expectation that the request would just address the additional time that has passed since the filing of the fees motion and not add additional arguments.

Please share what basis you have to refile your motion against me. What, if any, additional arguments factual or legal do you have against me since the date the original motion was filed?

I oppose this proposal. I propose that the original filing and opposition be the operative briefing for the fees motion against me. I am not interested in spending additional time and resources on this and object to Quicklogic spending additional

time and resources on refiling a motion. This is duplicative work on Quicklogic's behalf and unnecessarily increasing the attorneys' fees spend.

Please respond by 5 pm Feb. 15th so that I can be prepared for our meet and confer Friday morning Feb. 16th. Thank you.

Best regards,
Deepali
Partner, Intellectual Property & Privacy

(650) 254-9805 Direct

www.linkedin.com/in/deepali-brahmbhatt-88b367

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Sent:** Wednesday, February 14, 2024 5:48 PM
**To:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Cc:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

All,

I've attached a draft joint statement for consideration in advance of Friday's call.

Sincerely,

Sarah Guske

**From:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Sent:** Wednesday, February 14, 2024 10:55 AM

**To:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Cc:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** Re: QuickLogic v. Konda tech - confer re fees motion

**[EXTERNAL EMAIL]**

Sarah:

As earlier promised by you, I am waiting on Quicklogic and its attorneys' position and proposal today so that I am prepared to have a meaningful meet and confer on Friday.

Deepali

Partner, Devlin Law Firm

1-(650)-254-9805 Direct

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

> On Feb 14, 2024, at 10:37 AM, Guske, Sarah <sarah.guske@bakerbotts.com> wrote:
>
> All,
>
> I don't believe we have heard from everyone, but it looks like 9:30 am PT on Friday works for a lot of people. We will circulate a link for that time.
>
> Sarah
>
> **From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
> **Sent:** Wednesday, February 7, 2024 2:33 PM
> **To:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Guske, Sarah <sarah.guske@bakerbotts.com>

10

**Cc:** Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@BakerBotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion


**[EXTERNAL EMAIL]**

I'm not available 10:30 – 11:30 am PST on the 16th. I am available that day between 9:30 -10:30 am PST and am also available on the 15th between 9 am – 1 pm PST.


**From:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Sent:** Wednesday, February 7, 2024 5:19 PM
**To:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Cc:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@bakerbotts.com>
**Subject:** RE: QuickLogic v. Konda tech - confer re fees motion


Hello Everyone:


Updating my availability for meet and confer on Feb. 16th. I am now available between 9:30 am – 11:30 am only. Thurs Feb. 15th I am available from 9 am – 1 pm PST. Thank you.


Best regards,
Deepali
Partner, Intellectual Property & Privacy

(650) 254-9805 Direct

www.linkedin.com/in/deepali-brahmbhatt-88b367


This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Deepali Brahmbhatt
**Sent:** Monday, January 29, 2024 9:33 AM
**To:** Guske, Sarah <sarah.guske@bakerbotts.com>
**Cc:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>; bmilks@sbcglobal.net; Venkat Konda <venkat@kondatech.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guy, Hop <hop.guy@bakerbotts.com>
**Subject:** Re: QuickLogic v. Konda tech - confer re fees motion

On Feb 16th, I am available between 10:30 am-2:30 pm PST. Please circulate a dial in and calendar invite once the slot is finalized and you hear back on everyone's availability.

Deepali

Partner, Devlin Law Firm

1-(650)-254-9805 Direct

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

> On Jan 29, 2024, at 9:17 AM, Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com> wrote:
>
> Sarah:
>
> Quicklogic has not named the Devlin Law Firm. Please be prepared to report separately and individually for Mr. Dahlgren and myself what is the alleged misrepresentation and also disclose the basis with evidentiary support for the same.
>
> Deepali
>
> Partner, Devlin Law Firm
>
> 1-(650)-254-9805 Direct
>
> This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error,

12

please notify the sender by reply transmission and delete the message without copying or disclosing it.

> On Jan 29, 2024, at 8:46 AM, Guske, Sarah <sarah.guske@bakerbotts.com> wrote:
>
> Derek,
>
> Thank you for adding me and Mr. Gaustad to the email. I am adding Mr. Konda, who has indicated that he is unrepresented by a firm in his individual capacity in this case.
>
> We desire to have a productive meet and confer and will provide our positions and proposal by February 14th. We are available to meet and confer on February 16th. Please provide your availability on the 16th. Regarding Mr. Dahlgreen's question presented to us in a separate email, we are evaluating the delay and events around the Devlin Law Firm attorneys' misrepresentations regarding their representation of Konda and Konda Tech and also their involvement in the case, in general, and will be prepared to discuss on the meet and confer.
>
> Sincerely,
>
> Sarah Guske
>
> **From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
> **Sent:** Friday, January 26, 2024 2:34 PM
> **To:** Brian Tollefson <brian@tollefsonip.com>; Guy, Hop <hop.guy@BakerBotts.com>; bmilks@sbcglobal.net
> **Cc:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Gaustad, John <john.gaustad@bakerbotts.com>; Guske, Sarah <sarah.guske@bakerbotts.com>
> **Subject:** RE: QuickLogic v. Konda tech - confer re fees motion

13

**[EXTERNAL EMAIL]**

Adding John and Sarah to the email chain.

**From:** Brian Tollefson <brian@tollefsonip.com>
**Sent:** Thursday, January 25, 2024 3:17 PM
**To:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>; Guy, Hop <hop.guy@BakerBotts.com>; bmilks@sbcglobal.net
**Cc:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>
**Subject:** Re: QuickLogic v. Konda tech - confer re fees motion

I am around next week and can join.

# = TollefsonIP

Patent and Trademarks

326 First Street, Suite 202

Annapolis, Maryland 21403

443-699-2450

---

**From:** Derek Dahlgren <ddahlgren@devlinlawfirm.com>
**Sent:** Thursday, January 25, 2024 1:57 PM
**To:** Guy, Hop <hop.guy@BakerBotts.com>; bmilks@sbcglobal.net <bmilks@sbcglobal.net>
**Cc:** Deepali Brahmbhatt <dbrahmbhatt@devlinlawfirm.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** QuickLogic v. Konda tech - confer re fees motion

Hop/Bill,

14

Deepali and I will both be participating in the discussions concerning the fees motion. I've copied Brian in case he wants to join as well. I'm generally available next week on Monday and Tuesday during the afternoon if that works for everyone else.

Derek

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential and is intended only for the use of the intended addressee. It is the property of Devlin Law Firm LLC, and may contain information subject to attorney-client privilege and/or may constitute inside information. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to correspondence@devlinlawfirm.com, and destroy this communication and all copies thereof, including all attachments.

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

--

NOTICE: This e-mail and any attached documents are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed, and may be a communication privileged by law. If you have received this email in error, please notify the sender immediately and delete all copies from your system. Any review, use, retention, dissemination, distribution, printing or copying of this e-mail is strictly prohibited. Thank You.

--

NOTICE: This e-mail and any attached documents are CONFIDENTIAL and intended solely for the use of the individual or entity to whom they are addressed, and may be a communication privileged by law. If you have received this email in error, please notify the sender immediately and delete all copies from your system. Any review, use, retention, dissemination, distribution, printing or copying of this e-mail is strictly prohibited. Thank You.