# Exhibit J

**BAKER BOTTS**

# David Lien



### SENIOR ASSOCIATE

1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
United States of America
+1.650.739.7563
+1.650.739.7663 fax
david.lien@bakerbotts.com

### EDUCATION AND HONORS

J.D., Santa Clara University School of Law, 2016

B.S., Computer Science, San Jose State University, 2002

### COURT ADMISSIONS & AFFILIATIONS

State Bar of California

United States Patent and Trademark Office

David Lien is an Intellectual Property (IP) Attorney experienced in patent litigation and is an accomplished former engineer that worked in all phases of product development during his 15 years of tech industry experience. David brings to Baker Botts the ability to break down and simplify complex technological workings and navigate related legal issues with ease. Through the COVID-19 pandemic, David was a key trial team member in the first federal fully remote video patent trial that resulted in one of the largest patent infringement judgements in history.

In addition to patent litigation, David also has experience prosecuting patent applications relating to a wide range of technologies, including network security, cloud computing, LiDAR, and medical devices.

David also enjoys maintaining an active pro bono practice and has been recognized and awarded multiple times for his pro bono achievements.

Prior to practicing law, David spent 15 years in the high tech industry, where he designed and developed consumer products from end to end, including wireless routers and media set top boxes. David also managed software development teams in the U.S., India, Taiwan, and China.

### EXPERIENCE

- *Centripetal Networks, Inc. v. Cisco Systems, Inc.,* 2:18-cv-94 (E.D. Va. 2018), representing Centripetal Networks involving patent litigation in first ever federal remote involving network security technology resulting in the largest ever patent judgment at the time.

- *Certain Computer Network Security Equipment and Systems, Related Software, Components Thereof, and Products Containing Same* (Inv. No. 337-TA-1314) (ITC), representing Centripetal Networks, LLC as Complainant in patent infringement litigation against Respondent Keysight Systems, Inc. regarding networking security technology.